**SCHERING CORPORATION, Plaintiff–Appellant,**

v.

**PERRIGO COMPANY and L. Perrigo Company, Defendants–Appellees.**

No. 04–1104, 04–1105.

United States Court of Appeals, Federal Circuit.

Jan. 13, 2004.

Before LOURIE, LINN, and PROST, Circuit Judges.

LINN, Circuit Judge.

*ORDER*

Perrigo Company and L. Perrigo Company move to enter judgment, based on our recent decision in *Schering Corp. v. Geneva Pharmaceuticals,* 02–1540 et al. Perrigo states that Schering Corporation does not oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to enter judgment is granted. The district court's judgment is affirmed.